1

2    F I L E D

2014 FEB 14   AM 10: 43

3    CLERK U.S. DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA

4    BY CM                        DEPUTY

5

6              UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8              September 2013 Grand Jury

9    UNITED STATES OF AMERICA,        Case No. '14 CR 0350 AJB

10                Plaintiff,          I N D I C T M E N T

11        v.                          Title 8, U.S.C.,
                                      Sec. 1326(a) and (b) - Attempted
12   ADELMO ISIDRO ROSALES-VELASQUEZ, Reentry of Removed Alien

13                Defendant.

14

15

16        The grand jury charges:

17        On or about October 15, 2013, within the Southern District of

18   California, defendant ADELMO ISIDRO ROSALES-VELASQUEZ, an alien,

19   knowingly and intentionally attempted to enter the United States of

20   America with the purpose, i.e., conscious desire, to enter the United

21   States without the express consent of the Attorney General of the

22   United States or his designated successor, the Secretary of the

23   Department of Homeland Security, after having been previously

24   excluded, deported and removed from the United States to Honduras, and

25   not having obtained said express consent to reapply for admission

26   thereto; and committed an overt act to wit, crossing the border from

27   Mexico into the United States, that was a substantial step toward

28

AFF:lml:Imperial
2/11/14

1 committing the offense, all in violation of Title 8, United States
2 Code, Section 1326(a) and (b).
3       It is further alleged that defendant ADELMO ISIDRO
4 ROSALES-VELASQUEZ was removed from the United States subsequent to
5 February 6, 2007.
6       DATED:  February 14, 2014.
7                                          A TRUE BILL:
8
9                                          _____
                                           Foreperson
10
11 LAURA E. DUFFY
   United States Attorney
12
13 By:  _____
14      ALEXANDRA F. FOSTER
        Assistant U.S. Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28